### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

Trustees of the NEW MEXICO PIPE TRADES HEALTH
& WELFARE TRUST FUND; Trustees of the NEW MEXICO
PIPE TRADES JOINT APPRENTICESHIP TRUST FUND;
Trustees of the NEW MEXICO PIPE TRADES PENSION
PIPEFITTERS NATIONAL PENSION PLAN;
Trustees of the INTERNATIONAL TRAINING TRUST FUND;
and BUILD NEW MEXICO,

Plaintiffs/Counter-Defendants,

vs.                                                                NO. 11-CV-01065 BB/WDS

MARES PLUMBING & MECHANICAL, INC.,
a New Mexico Corporation,

Defendant/Counter-Claimant.

### ORDER DENYING MOTION TO
### ALLOW CONSOLIDATION OF CASES

This matter is before the court on the motion of Defendant Mares Plumbing & Mechanical for an order consolidating case 11-CV-01065 BB/WDS with case 11-CV-00898 JCH/CG.  (Doc. 18)  Plaintiffs oppose the motion.  In the Court's opinion the motion is not well taken and it is denied for the same reasons set forth by Magistrate Judge Garza in denying the motion to consolidate filed in 11-CV-00898 JCH/CG.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge